IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  Criminal Action No. 5:25-cr-00104

SANJAY MEHTA

**ORDER**

The Court's Probation Office has requested relief from certain deadlines due to a delay in discovery. The Court **GRANTS** the request and **ORDERS** as follows:

1. The sentencing hearing, previously scheduled for October 31, 2025, is **CONTINUED to November 14, 2025, at 10:30 a.m. in Beckley;**

2. The Probation Office prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **October 3, 2025**;

3. The United States and counsel for the Defendant file objections to the draft presentence report no later than **October 17, 2025**;

4. The Probation Office submit a final presentence report to the Court no later than **October 31, 2025**; and

5. The United States and counsel for the Defendant file their respective sentencing memoranda no later than **November 7, 2025**.

The Clerk is directed to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the Chief Probation Officer, the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: August 29, 2025



Frank W. Volk
Chief United States District Judge