UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                        CRIMINAL ACTION NO. 5:25-cr-00104

SANJAY MEHTA

## ORDER

On July 10, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Counts One through Three charge the Defendant with aiding and abetting persons who knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge, in violation of 21 U.S.C. § 843(a)(3) and 18 U.S.C. § 2. [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on July 11, 2025. [ECF 15]. Objections in this case were due on July 28, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 15]** and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Court **DEFERS** adjudication of guilt given the nature of the Defendant's plea agreement. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: September 29, 2025

Frank W. Volk
Chief United States District Judge