# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 1/7/2026 | Case Number: | 5:25-cr-00104 |
| Case Style: | USA vs. Sanjay Mehta | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Jenny Herrald, Brian Parsons

Attorney(s) for the Defendant(s):

Tim Carrico

| | |
|---|---|
| Law Clerk: | Ciara Peacock |
| Probation Officer: | Michele Went |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:05 PM | 2:40 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 35 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start Time: 1400
Actual Start Time: 1405

Defendant present in person and by counsel for sentencing as to Count 1,2, and 3 of the Information
Counsel noted appearances on the record.
Defendant placed under oath by Courtroom Deputy.
Court addresses PSR and no remaining objections
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court ADJUDGES Defendant guilty pursuant to prior plea.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Custody: XX months
PROBATION: Three (3) years as to Count 1, Three (3) years as to Count 2, Three (3) years as to Count 3. Each term of Probation shall be served concurrently
Supervised Release: none
Fine: none imposed
Assessment: $300
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Counts in 5:18-cr-26/5 will be DISMISSED upon written motion of Government.
Defendant is RELEASED to begin term of Probation
Court recessed at 1440